IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 07-cv-1903-AP

JULIE A. TWAROG,

Plaintiff,

v.

MICHAEL J. ASTRUE,
Commissioner of Social Security,

Defendant.
_____
**JOINT CASE MANAGEMENT PLAN FOR SOCIAL SECURITY CASES**
_____

## 1. APPEARANCES OF COUNSEL AND PRO SE PARTIES

For Plaintiff:
Michael W. Seckar, Esq.
402 W. 12th Street
Pueblo, Colorado 81003
Telephone (719) 543-8636
E-mail: seckarlaw@mindspring.com

For Defendant:
TROY A. EID
United States Attorney

KEVIN TRASKOS
Deputy Chief, Civil Division
United States Attorney's Office
District of Colorado
303-454-0184
kevin.traskos@usdoj.gov

Of Counsel:
Stephanie Fishkin Kiley
Assistant Regional Counsel
Social Security Administration

## 2. STATEMENT OF LEGAL BASIS FOR SUBJECT MATTER JURISDICTION

The Court has jurisdiction based on section 205(g) of the Social Security Act, 42 U.S.C. § 405(g).

## 3. DATES OF FILING OF RELEVANT PLEADINGS

**A. Date Complaint Was Filed:** September 10, 2007

**B. Date Complaint Was Served on U.S. Attorney's Office:** October 9, 2007

**C. Date Answer and Administrative Record Were Filed:** December 3, 2007

## 4. STATEMENT REGARDING THE ADEQUACY OF THE RECORD

The parties, to the best of their knowledge, state that the administrative record is complete and accurate.

## 5. STATEMENT REGARDING ADDITIONAL EVIDENCE

The parties do not anticipate submitting additional evidence.

## 6. STATEMENT REGARDING WHETHER THIS CASE RAISES UNUSUAL CLAIMS OR DEFENSES

The parties, to the best of their knowledge, do not believe this case raises unusual claims or defenses.

## 7. OTHER MATTERS

There are no other matters anticipated.

## 8. BRIEFING SCHEDULE

Because of workload and scheduling conflicts, the parties respectfully respect briefing to commence later than 40 days after the filing of this Joint Case Management Plan, as follows:

**A. Plaintiffs Opening Brief Due:** February 4, 2008

**B. Defendant's Response Brief Due:** March 5, 2008

**C. Plaintiffs Reply Brief (If Any) Due:** March 20, 2008

## 9. STATEMENTS REGARDING ORAL ARGUMENT

**A. Plaintiffs Statement:**

> Plaintiff does not request oral argument.

**B. Defendant's Statement:**

> Defendant does not request oral argument

## 10. CONSENT TO EXERCISE OF JURISDICTION BY MAGISTRATE JUDGE

> All parties have not consented to the exercise of jurisdiction of a United States Magistrate Judge.

## 11. OTHER MATTERS

THE PARTIES FILING MOTIONS FOR EXTENSION OF TIME OR CONTINUANCES MUST COMPLY WITH D.C.COLO.LCivR 7.1(C) BY SUBMITTING PROOF THAT A COPY OF THE MOTION HAS BEEN SERVED UPON THE MOVING ATTORNEY'S CLIENT, ALL ATTORNEYS OF RECORD, AND ALL PRO SE PARTIES.

## 12. AMENDMENTS TO JOINT CASE MANAGEMENT PLAN

The parties agree that the Joint Case Management Plan may be altered or amended only upon a showing of good cause.

DATED this 27th day of December, 2007.

BY THE COURT:

*S/John L. Kane*

U.S. DISTRICT COURT JUDGE

APPROVED:

| | |
|---|---|
| *s/Michael W. Seckar*<br><br>402 W. 12th Street<br>Pueblo, Colorado<br>719-543-8636<br>E-mail: seckarlaw@mindspring.com<br>Attorney for Plaintiff | TROY A. EID<br>United States Attorney<br><br>By: *s/Kevin Traskos*<br><br>KEVIN TRASKOS<br>Deputy Chief, Civil Division<br>United States Attorney's Office<br>District of Colorado<br>Kevin.Traskos@usdoj.gov<br><br>Of Counsel:<br>   Stephanie Fishkin Kiley<br>   Assistant Regional Counsel<br>   1961 Stout Street, Suite 1001A<br>   Denver, Colorado 80294<br>   Telephone: (303) 844-0815<br>   Stephanie.Fishkin.Kiley@ssa.gov<br>   Attorneys for Defendant. |