**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**
**Judge Robert E. Blackburn**

Civil Action Number: 07-cv-01903-REB

JULIE A. TWAROG,

      Plaintiff,

Vs.

MICHAEL J. ASTRUE, Commissioner of Social Security,

      Defendant,
_____

**ORDER GRANTING ATTORNEY FEES**
_____

**Blackburn, J.**

      The matter before me is the parties' **Stipulated Motion for Award of Attorney's**

**Fees pursuant to the Equal Access to Justice Act, 28 U.S.C. §2412** [#21] filed April

8, 2009.  Having reviewed the motion and the file, I conclude that the motion should be

granted.

      **THEREFORE, IT IS ORDERED** as follows:

      1. That the parties' **Stipulated Motion for Award of Attorney's Fees pursuant**

**to the Equal Access to Justice Act, 28 U.S.C. §2412** [#21] filed April 8, 2009, is

**GRANTED**;

      2.  That plaintiff's counsel, Michael W. Seckar, is awarded attorney fees in the

amount of Four Thousand Four Hundred Fifty Dollars ($4,450.00) under the Equal

Access to Justice Act, 28 U.S.C. §2412; and

3.  That the award should be made payable directly to plaintiff's attorney,

because plaintiff has assigned this payment to plaintiff 's attorney.

Dated April 8, 2009, at Denver, Colorado.

BY THE COURT:

Robert E. Blackburn
United States District Judge